IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NUMBER: JKB 14-0015 |
| TRAVIS LAMONT FOOTE, a/k/a "Cash," | : |
| Defendant. | : |

...ooOoo...

## ORDER

For good cause shown upon motion of the United States of America, it is this 21th day of February, 2014, by the United States District Court for the District of Maryland hereby ORDERED that the Indictment remain SEALED pending further order of this Court; AND

It is further ORDERED that the redacted version proffered by the government this date be filed with the clerk of the Court, the redactions being necessary to shield critical information until completion of the entire investigation; AND

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
The Honorable Susan K. Gauvey
United States Magistrate Judge

BY: _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2014 FEB 24  P 2: 09
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND